THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 

THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Rashaun Thomas, Petitioner
 v.
 State of South Carolina, Respondent
 
 
 

Appeal From Richland County
 Alison Renee Lee, Circuit Court Judge
Memorandum Opinion No. 2007-MO-030
Submitted April 18, 2007  Filed May 14, 2007   

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Chief Criminal Appeals & Post-Conviction Relief Salley W. Elliott, and Assistant Attorney General Robert Brown, all of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Page v. State, 364 S.C. 632, 615 S.E.2d 740 (2005) (distinction between direct and collateral consequences of a plea turns on whether the result represents a definite, immediate, and largely automatic effect on the range of the defendants punishment); Brown v. State, 306 S.C. 381, 412 S.E.2d 399 (1991) (the imposition of a sentence may have a number of collateral consequences, and a guilty plea is not rendered invalid if the defendant is not informed of the collateral consequences).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.